150

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES REDDING (Impleaded), Defendant-Appellant.

(Nos. 56656-56657 cons.; )

First District (3rd Division)—May 24, 1973.

PER CURIAM.
DEMPSEY, P. J., took no part.

James J. Doherty, Public Defender, of Chicago, (Bernard Schwartz, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Sharon Grossman, Assistant State's Attorneys, of counsel,) for the People.